**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-1890**

———————————

UTUH RAHARDJA PUTRA,

                                  Petitioner,

       versus

ALBERTO R. GONZALES, United States Attorney
General,

                                  Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A72-167-544)

———————————

Submitted:  June 23, 2006         Decided:  July 24, 2006

———————————

Before WILLIAMS, MOTZ, and GREGORY, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Alex Chanthunya, Silver Spring, Maryland, for Petitioner.  Peter D.
Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright,
Assistant Director, Kristin K. Edison, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Utuh Rahardja Putra, a native and citizen of Indonesia, petitions for review of a decision of the Board of Immigration Appeals (Board), affirming, without opinion, the immigration judge's ruling finding Putra removable and denying his motion for a third continuance of his removal proceeding pending adjudication of his labor certification application. On appeal, Putra challenges the denial of a third continuance.

"The immigration judge may grant a motion for continuance for good cause shown." 8 C.F.R. § 1003.29 (2006). Whether to grant such a motion "is within the sound discretion of the immigration judge and is reviewed for abuse of discretion only." Onyeme v. INS, 146 F.3d 227, 231 (4th Cir. 1998). Based on the materials before us, we find no abuse of discretion in the denial of Putra's motion for a third continuance.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED